**George Walter CARLISLE, Jr., Appellant,**

v.

**MISSOURI DEPARTMENT OF MENTAL HEALTH, Appellee.**

No. 07–1650.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2008.

Filed: March 25, 2008.

George W. Carlisle Jr., St. Peters, MO, pro se.

Ryan Eugene Bertels, Attorney General's Office, Jefferson City, MO, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

## PER CURIAM.

George Carlisle appeals the district court's[1] adverse grant of summary judgment in his Title VII action alleging that the Missouri Department of Mental Health discriminated against him on the basis of his race when it failed to hire him. Upon de novo review, *see Turner v. Honeywell Fed. Mfg. & Techs., L.L.C.,* 336 F.3d 716, 719–20 (8th Cir.2003), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.